UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-04354-ODW (MAAx) | Date | January 14, 2025 |
|---|---|---|---|
| Title | *Robert Correa et al. v. Soho House and Co. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**        **In Chambers**

Pursuant to the parties' Joint Stipulation of Dismissal (ECF No. 24) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. All claims asserted by Plaintiffs Robert Correa and Kevin Ricardo Vasquez, in their individual capacity, are hereby **DISMISSED WITH PREJUDICE**;

2. All claims asserted by the class are **DISMISSED WITHOUT PREJUDICE**; and

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                                    :    00

                                                          Initials of Preparer    SE